IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN J. SEYBERT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE INTERNATIONAL GROUP, INC., | : | |
| Defendant | : | NO. 07-3333 |

### ORDER

AND NOW, this 6th day of July, 2009, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence and Arguments Related to the Faragher/Ellerth Affirmative Defense (Docket No. 37), it is hereby ORDERED that the motion is DENIED without prejudice to Plaintiff to re-raise the issue during trial if appropriate.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE