IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN J. SEYBERT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE INTERNATIONAL GROUP, INC., | : | |
| Defendant | : | NO. 07-3333 |

**ORDER**

AND NOW, this 13th day of October 2009, upon consideration of Plaintiff's Motion in Limine to Preclude Certain Emails (Docket No. 48) and the parties' various briefs and statements with respect to the issues raised in this motion, and following at in camera hearing on October 8, 2009, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART.

The Motion is GRANTED with respect to Exhibit 62. The Motion is DENIED with respect to all of the challenged exhibits except for Exhibit 62.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE